450 A.2d 1063

Amity, Appellant v. State Automobile Ins. Assoc.

Argued September 28, 1981. Harry Stump, for appellant; David H. Patterson, for appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.